

FILED

OCT 1 2 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN DEAN PRETTY WEASEL, Defendant. | CR 18–72–BLG–DLC<br><br>ORDER |

Before the Court is the United States's unopposed motion for dismissal of forfeiture proceedings. (Doc. 37.)

IT IS ORDERED that the motion (Doc. 37) is GRANTED.

DATED this 12th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court